IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-144-BLG-SPW-3 |
| Plaintiff, | |
| vs. | ORDER |
| LYNN ROBERT KUNTZ, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Wednesday, October 21, 2020 at 9:30 a.m., is **VACATED** and reset to commence on **Thursday, October 22, 2020 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 6th day of October, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1